**FILED**

JUL 2 8 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

United States District Court
Southern District of Texas
**FILED**

PROB 12C
(6/96)

AUG 1 3 2014 United States District Court

. **Clerk of Court**

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Nereo Quiroz-Mendieta,</u>
TN: Miguel Mendieta-Vizcaino

Case Number: <u>A-14-CR-024 (01) LY</u>

m-14-1557-m

Name of Sentencing Judicial Officer: <u>Hon. Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>June 27, 2014</u>

Original Offense: <u>Illegal Re-entry Into the United States, in violation of 8 U.S.C. § 1326</u>

Original Sentence: <u>Time Served ( 170 days), followed by 1 year supervised release, and a $100 special assessment</u>

Type of Supervision: <u>Supervised Release</u>

Date Supervision Commenced: <u>June 27, 2014</u>

Assistant U. S. Attorney: <u>Gregg N. Sofer</u>

Defense Attorney: <u>Horatio R. Aldredge</u>

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

[X] To issue a warrant                    [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation of Mandatory Condition No. 1:</u> "The defendant shall not commit another federal, state, or local crime during the term of supervision."

Nereo Quiroz-Mendieta
TN: Miguel Mendieta-Vizcaino
Petition for Warrant for
Offender Under Supervision
Page 2

**Nature of Noncompliance:**  On July 16, 2014, Miguel Quiroz-Mendieta was encountered by United States Border Patrol agents near Rio Grande City, Texas.  When questioned as to his citizenship Quiroz-Mendieta stated he was a citizen and national of the Mexico who had entered the United States illegally, by rafting across the Rio Grande River near the Rio Grande City, Texas port of entry.  Quiroz-Mendieta was charged, via Criminal Complaint, in the United States District Court for the Southern District of Texas, McAllen Division, Cause No. 7:14-po-03933, with the offense of Improper Entry of Alien.  On July 18, 2014, Quiroz-Mendieta appeared before U.S. Magistrate Judge Dorina Ramos and was sentenced to 30 days custody.

**Violation of Standard Condition No. 19:** "If the defendant is excluded, deported, removed upon release on probation or supervised release, the term of supervised release shall be non-reporting supervised release.  The defendant shall not illegally re-enter the United States.  If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office."

**Nature of Noncompliance:**  On or about June 27, 2014, the defendant was deported from the United States to Mexico.  On July 16, 2014, the defendant was arrested by the United States Border Patrol near Rio Grande City, Texas, and was subsequently charged with Improper Entry of Alien. At the time of his arrest on July 16, 2014, Quiroz-Mendieta was in the United States illegally and had not received the permission of the Director of Homeland Security, or the United States Attorney General to re-enter the United States.

## U. S. Probation Officer Recommendation: The term of supervision should be revoked. ·

Approved by,

*[signature]*

Lonnie M. Hellums
Supervising U.S. Probation Officer

Received by,

*[signature]*

Gregg N. Sofer
Assistant U.S. Attorney

Respectfully submitted,

*[signature]*

Cicely R. Bennett
U.S. Probation Officer
Date: July 25, 2014

Nereo Quiroz-Mendieta
TN: Miguel Mendieta-Vizcaino
Petition for Warrant for
Offender Under Supervision
Page 3

☑ recommend          ☐ does not recommend          Justification:_____

THE COURT ORDERS:

[ ] No Action

[✓] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_____
Honorable Andrew W. Austin
U.S. Magistrate Judge

7/28/14
Date